IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, et al., )
)
            *Plaintiffs*, )   Civil No. 1:17-cv-493
)   Hon. Liam O'Grady
            v. )   Hon. John F. Anderson
)
BURRIS CONSTRUCTION COMPANY, )
LLC, )
)
            *Defendant.* )
)

## ORDER

This matter comes before the Court on Magistrate Judge Anderson's Findings of Fact and Recommendations ("F&R"). The F&R was entered on July 24, 2017 after a hearing on June 30, 2017. At the June 20 hearing, Plaintiffs were directed to submit a supplemental brief that clarified the amount of late fees, liquidated damages, and attorneys' fees sought. Plaintiffs complied with this Order on July 24, 2017.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the F&R was August 7, 2017. To date, defendant has not filed any objections. Thus, after reviewing the record and the F&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the F&R (Dkt. No. 13) in full.

Accordingly, the Court hereby **ENTERS JUDGMENT** in the amount of $184,231.03 for Plaintiffs against Vancouver Roofing & Sheet Metal Company. This figure includes unpaid contributions of $138,890.78; interest of $3,805.26; liquidated damages of $27,752.94; late fees

of $9,287.05, and attorneys' fees and costs of $4,495.00. This award will be allocated between Plaintiffs in accordance with the chart on page nine of the F&R.

It is **SO ORDERED**.

August 18, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge